MOLLIE M. BURKS  (SBN: 222112)
mburks@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone:  (510) 643-8600
Facsimile:  (510) 984-1721

Attorneys for Defendant
TRADER VIC'S

JOCELYN BURTON (SBN: 135879)
BURTON EMPLOYMENT LAW
1939 Harrison Street, Suite 400
Oakland, CA 94612
Tel: 510-350-7025
Fax: 510-473-3672
jburton@burtonemploymentlaw.com

Attorneys for Plaintiff
ARTHUR MCUNU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MCUNU,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRADER VIC'S,<br><br>　　　　　Defendant. | CASE NO.  3:19-cv-07817-EMC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**TO THE ABOVE-ENTITLED COURT:**

Plaintiff ARTHUR MCUNU ("Plaintiff") and Defendant TRADER VIC'S ("Trader Vic's" or "Defendant") (together, "Parties"), by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with Prejudice.

Dated: January 21, 2021                BURTON EMPLOYMENT LAW

                                       By:  /s/ Jocelyn Burton
                                            Jocelyn Burton
                                            Attorney for Plaintiff
                                            Arthur Mcunu


Dated:  January 21, 2021               GORDON REES SCULLY MANSUKHANI, LLP


                                       By:  /s/ Mollie M. Burks
                                            Mollie M. Burks
                                            Attorneys for Defendant
                                            TRADER VIC'S.

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 1/21/2021